# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANNON DEAN CARTER,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 79541

FILED

NOV 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a writ of habeas corpus. Second Judicial District Court, Washoe County; Janet Berry, Judge.

On July 16, 2018, appellant filed a petition for writ of habeas corpus or in the alternative a writ of mandamus and filed a supplemental petition for writ of habeas corpus post-conviction on August 15, 2018. No decision, oral or written, had been made on the petition when appellant filed his appeal on September 3, 2019. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]This court is confident that the district court will resolve the habeas petition and supplemental petition as expeditiously as its docket permits.

19-46057

cc:    Chief Judge, The Second Judicial District Court
Hon. Janet Berry, Senior Judge
Shannon Dean Carter
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk